Before THE STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CATHERINE O'BRIEN, Respondent, for Compensation under the Workmen's Compensation Law, v. FLINN-O'ROURKE Co., INC., Employer and Self-Insurer, Appellant.— Award affirmed. All concurred, except Woodward, J., dissenting.

Before THE STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ROBERT LYON, Respondent, for Compensation under the Workmen's Compensation Law, v. ROSE WINDSOR and ROBERT DAVIS, Employers, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Appellants.— Award reversed and claim dismissed on the opinion of Woodward, J., in same case (173 App. Div. 377). All concurred, except Kellogg, P. J., dissenting.

Before THE STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CHARLES H. RICHARDSON, Respondent, for Compensation under the Workmen's Compensation Law, v. BUILDERS' EXCHANGE ASSOCIATION, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Appellants.— Award unanimously affirmed.

Before THE STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ELLA BOGART, Respondent, for Compensation under the Workmen's Compensation Law, v. CAMILLE LEHMAN, Employer, and OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Insurer, Appellants.— Award reversed and claim dismissed on the opinion in *Dose* v. *Moehle Lithographic Co.* (*ante*, p. 519), decided herewith. All concurred.

Before THE STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY MINNIECE, Respondent, for Compensation under the Workmen's Compensation Law, v. THE TERRY BROTHERS COMPANY, Employer, and UTICA MUTUAL COMPENSATION INSURANCE CORPORATION, Insurer, Appellants.— Award affirmed. All concurred, except Cochrane, J., dissenting.

Before THE STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILHELMINA A. STOLTE, Respondent, for Compensation under the Workmen's Compensation Law, v. NEW YORK STATE SEWER PIPE COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before THE STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by DELLA G. PELTON, Widow of JOHN C. PELTON, Respondent, for the Death of JOHN C. PELTON, v. CHARLES C. JOHNSON, Employer, and CASUALTY COMPANY OF AMERICA, Insurance Carrier, Appellants. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by JOHN C. PELTON, Respondent, v. CHARLES C. JOHNSON, Employer, and CASUALTY COMPANY OF AMERICA, Insurance Carrier, Appellants.— Awards reversed and claims dismissed on the authority of *Matter of Bargey* v. *Massaro Macaroni Co.* (218 N. Y. 410); *Coleman* v. *Bartholomew* (175 App. Div. 122); *Matter of Mihm* v. *Hussey* (169 id. 742), and *McNally* v. *Diamond Mills Paper Co.* (178 id. 342). All concurred.